# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to the : Superintendent of the BRISTOL COUNTY HOUSE OF CORRECTIONS

YOU ARE COMMANDED to have the body of  **JABARIE PHILLIPS; YOB: 1977; Last 4: 2337**   now

in your custody, before the United States District Court for the District of Massachusetts, United States

Courthouse, 1 Courthouse Way, Courtroom No.      23    ,  on the             7th         floor, Boston,

Massachusetts on   7/10/19  , at   10:15 AM     for the purpose of   Initial Appearance   in the case of

  **USA**      V.  **JABARIE PHILLIPS**     .  Docket  Number   19-cr-1178-DLC  .

And you are to retain the body of said  **JABARIE PHILLIPS**           while before said Court

upon  said  day  and  upon  such  other  days  thereafter  as  his  attendance  before  said  Court  shall  be

necessary, and as soon as may be thereafter to return said   **JABARIE PHILLIPS**          to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your

doings herein.

Dated this     8th    day of    July,  2019        .



ROBERT FARRELL
CLERK OF COURT


By:     /s/  Noreen A. Russo
        Noreen A. Russo, Deputy Clerk
        to the Honorable Donald L. Cabell