UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JABARIE PHILLIPS,<br>a/k/a JABARIE LINDSEY,<br><br>Defendant | Criminal No. 19CR10285<br><br>Violation:<br><br>Count One: Sexual Exploitation of Children<br>(18 U.S.C. §§ 2251(a) and (e))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
Sexual Exploitation of Children
(18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

On or about April 23, 2019, in Fall River, in the District of Massachusetts, and elsewhere, the defendant,

JABARIE PHILLIPS, a/k/a JABARIE LINDSEY,

did knowingly employ, use, persuade, induce, entice and coerce a minor, "Minor A," to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

# CHILD PORNOGRAPHY/CHILD EXPLOITATION FORFEITURE ALLEGATION
## (18 U.S.C. § 2253)

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2251, set forth in Count One of this Indictment, the defendant,

JABARIE PHILLIPS, a/k/a JABARIE LINDSEY,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a. a prepaid cellular phone, IMEI number 357485094711575, consisting of blue shell and black screen, seized on May 3, 2019.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

      All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_Laura Poropatich_
FOREPERSON


_Suzanne Sullivan Jacobus_
SUZANNE SULLIVAN JACOBUS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: AUGUST 8, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
Matthew G. Putnam
8/8/19 @ 2:06 pm

4